## MARION LEES *v.* MIDDLESEX INSURANCE COMPANY
### (8919)

SPALLONE, CRETELLA and LANDAU, Js.

Argued October 3—decision released October 12, 1990

*John T. Bochanis,* with whom, on the brief, was *Thomas J. Weihing,* for the appellant (plaintiff).

*John B. Farley,* with whom, on the brief, were *John W. Lemega* and *Kateri E. Gaffney,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.